IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| C.M., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:20-CV-445 (MTT) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting plaintiff C.M.'s motion for an award of attorney's fees (Doc. 30) under the Equal Access to Justice Act, 28 U.S.C. § 2412, and awarding C.M. $7,615.54 in attorney's fees.  Doc. 34.  Neither party has objected, and both parties agree on the hours and rates to be awarded.[1]  Docs. 31; 32; 33.  The Court has reviewed the Recommendation and accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 34) is **ADOPTED** and made the order of the Court.  Accordingly, C.M.'s motion for an award of attorney's fees (Doc. 30) is **GRANTED in part**.  It is hereby **ORDERED** that C.M. be awarded $7,615.54 in attorney's fees under

---

[1] The Commissioner opposed C.M.'s motion only to the extent that C.M. improperly used monthly CPI rates instead of annual average CPI rates required by the Court.  Doc. 31.  C.M. agreed on the correct rates proposed by the Commissioner, but opposed the Commissioner's response only to the extent that the Commissioner's calculations in applying those rates were incorrect.  Doc. 32.  C.M. was correct in finding the Commissioner's miscalculations, and the Magistrate Judge found the parties' agreed upon $207.78 rate for 2020 and $217.54 rate for 2022 to be accurate.  Doc. 34.

-2-

the EAJA.  This award should be made payable to C.M. directly.  *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).

**SO ORDERED**, this 14th day of February, 2023.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
